IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, et al.,<br>            Plaintiffs,<br><br>     v.<br><br>GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>            Defendant. | Case No. 3:15-cv-01165-HSG<br><br>**ORDER**<br><br>Date: June 16, 2015<br>Time: 2:00 p.m.<br>Location: Courtroom 15, 18th Floor |

Before the Court is Defendant EPA's Request to Appear Telephonically for the Initial Case Management Conference set for June 16, 2015 at 2:00 p.m. (Dkt. No. 21). Upon due consideration, and for good cause shown, EPA's request is hereby **GRANTED**.

It is further ordered that EPA's counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED this 11th day of June, 2015.

HAYWOOD S. GILLIAM, JR.
United States District Judge

[PROPOSED] ORDER
CASE NO. 3:15-cv-01165-HSG