PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040

NICHOLAS MORALES, Admitted *Pro Hac Vice*
EMMA C. CHEUSE, Admitted *Pro Hac Vice*
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
nmorales@earthjustice.org, echeuse@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

Attorneys for Plaintiffs Sierra Club and
California Communities Against Toxics

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and CALIFORNIA COMMUNITIES AGAINST TOXICS,<br><br>*Plaintiffs*,<br><br>v.<br><br>GINA McCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Defendant*. | Case No: 3:15-cv-01165-HSG<br><br>**STIPULATED REQUEST FOR LEAVE TO FILE CORRECTED EXHIBITS TO REPLY BRIEF**<br><br>Date: Oct. 1, 2015<br>Time: 2:00 PM<br>Place: Courtroom 15, 18th Floor<br>Judge: Haywood S. Gilliam, Jr. |

WHEREAS,

1. On September 18, 2015, Plaintiffs Sierra Club and California Communities Against Toxics filed "Plaintiffs' Reply In Support Of Motion For Summary Judgment And Opposition To EPA's Cross-Motion For Summary Judgment," and a supporting declaration and exhibits.  *See* DKT#36 to 36-10.

2. In that filing, Plaintiffs incorrectly numbered two exhibits and filed them in the wrong order.  Specifically, the declaration of Panagiotis E. Tsirigotis (DKT#36-8) should have been filed as Exhibit 5, and the excerpts from the document titled "Responses to Significant Comments on the 2008 Proposed Rule on the National Ambient Air Quality Standards for Lead," (DKT#36-7) should have been filed as Exhibit 6.  The reply brief and other supporting documents do not require correction.

3. Pursuant to Local Rules 7-11 and 7-12, Plaintiffs request leave to make the corrections to DKT#36-7 and DKT#36-8 described in paragraph 2, above, and re-file the reply brief with the corrected supporting documents.  No other changes would be made.

4. Plaintiffs have conferred with EPA, which does not object to Plaintiffs' request to correct the numbering of the two exhibits.

THE PARTIES HEREBY STIPULATE TO GRANT PLAINTIFFS LEAVE TO RE-FILE THE REPLY BRIEF AND SUPPORTING DOCUMENTS WITH CORRECTED EXHIBITS.

DATED:  September 22, 2015            Respectfully submitted,

/s/ *Nicholas Morales*
NICHOLAS MORALES, Admitted *Pro Hac Vice*
EMMA C. CHEUSE, Admitted *Pro Hac Vice*
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
nmorales@earthjustice.org,
echeuse@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040
*Attorneys for Plaintiffs Sierra Club and
California Communities Against Toxics*

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

<u>/s/ Leslie M. Hill (email authorization 09/22/2015)</u>
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
leslie.hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865
*Attorneys for Defendant*

Of counsel:

Paul Versace
Office of General Counsel
U.S. Environmental Protection Agency

**ORDER**

Good cause having been shown, the Stipulation is approved.  Leave is granted for Plaintiffs to file a corrected reply brief and supporting declaration and exhibits.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 23, 2015

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. 3:15-cv-01165-HSG                                                                                              1