UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, et al.,

    Plaintiffs,

v.

GINA MCCARTHY,

    Defendant.

Case No. 15-cv-01165-HSG

**JUDGMENT**

Re: Dkt. No. 41

    Judgment is hereby entered consistent with the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 15th day of March, 2016.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.