PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040

NICHOLAS MORALES, Admitted *Pro Hac Vice*
EMMA C. CHEUSE, Admitted *Pro Hac Vice*
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
nmorales@earthjustice.org, echeuse@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

Attorneys for Plaintiffs Sierra Club and
California Communities Against Toxics

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and CALIFORNIA COMMUNITIES AGAINST TOXICS, <br><br> *Plaintiffs*, <br><br> v. <br><br> GINA McCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency, <br><br> *Defendant*. | Case No:  3:15-cv-01165-HSG <br><br> **SECOND JOINT STIPULATION TO ENLARGE TIME FOR REQUESTING ATTORNEYS' FEES AND COSTS** |

SECOND JOINT STIPULATION TO ENLARGE TIME FOR REQUESTING ATTORNEYS' FEES AND COSTS
CASE NO. 3:15-cv-01165-HSG

**STIPULATION**

Pursuant to Civil L.R. 6-2, Plaintiffs Sierra Club and California Communities Against Toxics and Defendant Gina McCarthy, Administrator of the U.S. Environmental Protection Agency ("EPA") stipulate as follows:

1.      By decision dated March 15, 2016, the Court entered judgment on the parties' cross-motions for summary judgment.  The Court provided that "Plaintiffs may file any appropriate motion for attorneys' fees and costs within 30 days."  Dkt. No. 41, at 1; *see also* Civil L.R. 54-1 (providing deadline for filing bill of costs); Civil L.R. 54-5 (providing deadline for moving for attorneys' fees unless Court orders otherwise).

2.      The parties requested and the Court granted an extension of the deadline to file a motion for attorneys' fees and costs to June 13, 2016.  Dkt. Nos. 43 & 44.

3.      Plaintiffs have provided a settlement offer to Defendant.  Defendant is considering Plaintiffs' offer and preparing a counteroffer.  The parties continue to hope to resolve Plaintiffs' claim for fees and costs without the need for further litigation, but require additional time to ascertain whether they can reach an agreement.

4.      Therefore, the parties stipulate to and request that the Court enter an order enlarging the time for filing a motion for fees and costs from June 13, 2016 to July 20, 2016 so that they may have additional time to discuss an informal settlement.  A declaration in support of this stipulation is attached.

DATED:  June 6, 2016                          Respectfully submitted,

/s/ *Nicholas Morales*
NICHOLAS MORALES, Admitted *Pro Hac Vice*
EMMA C. CHEUSE, Admitted *Pro Hac Vice*
Earthjustice
1625 Massachusetts Ave., NW, Ste. 702
Washington, DC 20036
nmorales@earthjustice.org, echeuse@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040

*Attorneys for Plaintiffs Sierra Club and
California Communities Against Toxics*

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

/s/ Leslie M. Hill (email authorization 06/04/16)
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
leslie.hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

Of counsel:

Paul Versace
Office of General Counsel
U.S. Environmental Protection Agency

SECOND JOINT STIPULATION TO ENLARGE TIME FOR REQUESTING ATTORNEYS' FEES AND COSTS
CASE NO. 3:15-cv-01165-HSG

3

1

**ORDER**

2      Good cause having been shown, the Stipulation is hereby GRANTED.  The deadline for

3  Plaintiffs to file any appropriate motion for attorneys' fees and costs shall be extended to July 20,

4  2016.

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7                                            DATED:  June 7, 2016

8

9

10                                           HAYWOOD S. GILLIAM, JR.
                                             UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28