# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, et al.,

        Plaintiff(s),

v.

SCOTT PRUITT,

        Defendant(s).

Case No: 4:15-cv-1165-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, James S. Pew, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Sierra Club, et al. in the above-entitled action. My local co-counsel in this case is Paul R. Cort, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1625 Massachusetts Ave., N.W., Ste. 702<br>Washington, D.C. 20036 | 50 California Street, Ste. 500<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(202) 667-4500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 217-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>jpew@earthjustice.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pcort@earthjustice.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 448830.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

                                     James S. Pew
                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of James S. Pew is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/2018

                                     */s/ Haywood S. Gill Jr.*
                                  UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*James S Pew*

was duly qualified and admitted on **August 7, 1998** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 20, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *Emily E. Javo*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.