# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

SIERRA CLUB, et al.,

        Plaintiffs,

v.

SCOTT PRUITT, in his official capacity as the Administrator of the United States Environmental Protection Agency,[1]

        Defendant.

Case No. 4:15-cv-01165-HSG

**ORDER**

Pursuant to stipulation, the Court hereby enters the following briefing schedule for Plaintiffs' Motion to Enforce Judgment (Dkt. No. 54):

| Deadline | Date |
| --- | --- |
| Defendant's Opposition to Plaintiffs' Motion to Enforce Judgment Due | June 7, 2018 |
| Plaintiffs' Reply to Defendant's Opposition to Plaintiff's Motion to Enforce Judgment Due | June 28, 2018 |
| Hearing on Plaintiffs' Motion to Enforce Judgment | July 12, 2018 2:00pm |

**IT IS SO ORDERED**.

DATED this 19th day of April, 2018.

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Defendant Gina McCarthy's successor, Scott Pruitt, Administrator of the U.S. Environmental Protection Agency, is automatically substituted as the Defendant in this case.